# EXHIBIT E

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*      *Cause No. 067-353540-24*

JASON NAYLOR
VS.
CRUSH 72, INC., ET AL

FILED
TARRANT COUNTY
6/20/2024 12:00 AM
THOMAS A. WILDER
DISTRICT CLERK

TO: BATTLE MOTORS INC

B/S REG AGT/CSC-LAWYERS INCORPORATING SERVICE CO
211 E 7TH ST STE 620
AUSTIN, TX 78701-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

JASON NAYLOR

Filed in said Court on June 11th, 2024 Against
CRUSH 72 INC, MICHAEL PATTERSON, BATTLE MOTORS INC

For suit, said suit being numbered 067-353540-24 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

DAVID D RAPP
Attorney for JASON NAYLOR Phone No. (817)596-4200
Address    102 HOUSTON AVE STE 300 WEATHERFORD, TX 76086

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 13th day of June, 2024.

By _____Natalie Thigpen_____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 06/13/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *0673535402400007*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office

(Seal)
County of _____, State of _____

SEE ATTACHED

Copy from re:SearchTX

CAUSE NO. 067-353540-24

| | | |
|---|---|---|
| JASON NAYLOR | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| CRUSH 72, INC., MICHAEL PATTERSON, and BATTLE MOTORS, INC. | § | |
| Defendant. | § | 17TH DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 13, 2024, 10:30 am**,

CITATION WITH PLANTIFF'S ORIGINAL PETITION,

and was executed at **211 S 7TH STE 620, AUSTIN, TX 78701** within the county of **Travis** at **10:39 AM** on **Mon, Jun 17 2024**, by delivering a true copy to the within named

BATTLE MOTORS INC. B/S REG.AGT/CS-LAWYERS INCORPORATING SERVICE CO

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Nicholas Fletcher**, my date of birth is **04/23/2002**, and my address is **P.O. BOX 389, Pflugerville, TX 78691**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **June 17, 2024**.

_____
Nicholas Fletcher
Certification Number: PSC-23541
Certification Expiration: 11/30/2025

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Neff on behalf of David Rapp
Bar No. 24027764
accounting@ekdlaw.com
Envelope ID: 88968950
Filing Code Description: No Fee Documents
Filing Description: ROS Battle Motors
Status as of 6/20/2024 11:30 AM CST

Associated Case Party: JASONNAYLOR

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| David Rapp | | david@ekdlaw.com | 6/19/2024 1:24:34 PM | SENT |
| Denease Denson | | denease@ekdlaw.com | 6/19/2024 1:24:34 PM | SENT |
| Cherie Walter | | cherie@ekdlaw.com | 6/19/2024 1:24:34 PM | SENT |
| John Shaw | | johns@ekdlaw.com | 6/19/2024 1:24:34 PM | SENT |